UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
SEPTEMBER 4, 2019 SESSION



UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 1:19-00221
                            29 U.S.C. § 501(c)

ERIC CHILDRESS

### I N D I C T M E N T
(Embezzlement of Labor Union Assets)

The Grand Jury charges:

#### Introduction

At all relevant times:

1. Defendant ERIC CHILDRESS was an officer of Communication Workers of America, CWA, Local 2276 ("CWA") in Bluefield, West Virginia, and held the position of Secretary-Treasurer.

2. As part of his duties as Secretary-Treasurer, defendant ERIC CHILDRESS was the financial officer of CWA and was responsible for maintaining CWA's books and records, preparing CWA checks, co-signing CWA checks, and preparing financial reports.

3. CWA was a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. § 402(i) and (j).

4. From on or about September 1, 2014, through on or about October 1, 2014, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ERIC CHILDRESS did knowingly embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $2,619.28 of the moneys, funds, securities, property, and other assets of a labor organization of which he was an officer, that is, the CWA.

In violation of Title 29, United States Code, Section 501(c).

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 982 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981. The following property is subject to forfeiture in accordance with Section 982 and/or 2461(c):

   a. All property which constitutes or is derived from proceeds of the violation set forth in the bill of information, which include a violation of 29 U.S.C. § 501(c); and

   b. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

The following property is subject to forfeiture on one or more of the grounds stated above:

    a.    A forfeiture money judgment in the amount of at least $2,619.28 such amount constituting the proceeds of the violation set forth in this information.

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: *Kathleen Robeson*
KATHLEEN E. ROBESON
Assistant United States Attorney